**DELLINGER v. CITY OF CHARLOTTE**

[340 N.C. 105 (1995)]

WILLIAM G. DELLINGER, Petitioner v. CITY OF CHARLOTTE, a Municipal Corporation; THE CHARLOTTE-MECKLENBURG PLANNING COMMISSION; MARTIN R. CRAMPTON, JR., ANNE J. McCLURE; SARA SPENCER and JOHN H. TABOR, Respondents

No. 187PA94

(Filed 7 April 1995)

On discretionary review of an opinion of the Court of Appeals, 114 N.C. App. 146, 441 S.E.2d 626 (1994), affirming the order and judgment signed by Ferrell, J., in Superior Court, Mecklenburg County, on 29 March 1993. Heard in the Supreme Court 16 March 1995.

*Horack, Talley, Pharr & Lowndes, P.A., by Neil C. Williams, for petitioner-appellee.*

*Office of the City Attorney, by David M. Smith, Senior Assistant City Attorney, for respondent-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice ORR did not participate in the consideration or decision of this case.